**SOL MEGDALL v. ORIGINAL HOFFMAN'S INC., a Florida corporation, and HOFFMANS, INC., a Florida corporation.**

32 So. (2nd) 741          June Term, 1947
November 18, 1947          Division A
Rehearing denied December 19, 1947

*Hylan H. Kout* and *Murrell, Fleming & Flowers,* for appellant.

*Arnovitz, Weinkle & Arnovitz* for Hoffman's Collins, Inc., and *Meyer Weiss & Rosen* and *Vivion B. Rutherford* for Original Hoffman's Inc., appellees.

PER CURIAM:

Affirmed on authority of Nichol v. Bressler, et al., 159 Fla. 668, 32 So. (2nd) 457, this day decided. See Robertson v. Williams, 158 Fla. 163, 28 So. (2nd) 114.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.